| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>SELYA, BRUCE M. | 2. Court or Organization<br><br>UNITED STATES COURT OF APPEALS | 3. Date of Report<br><br>05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>316 FEDERAL COURTHOUSE<br>ONE EXCHANGE TERRACE<br>PROVIDENCE, RI 02903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | FRIENDSHIP REALTY GROUP (REAL ESTATE GENERAL PARTNERSHIP) |
| 2. GENERAL PARTNER < INVESTMENT PROPERTY ONLY > | SELYA PROPERTIES (REAL ESTATE GENERAL PARTNERSHIP) |
| 3. JUDICIAL COUNCIL CHAIRMAN | RI STATE - FEDERAL JUDICIAL COUNCIL |
| 4. TRUSTEE EMERITUS | RHODE ISLAND HOSPITAL (A NON-PROFIT CORPORATION) |
| 5. TRUSTEE EMERITUS | BRYANT UNIVERSITY |
| 6. DIRECTOR | LIFESPAN CORPORATION NON-PROFIT HOLDING COMPANY FOR RHODE ISLAND, MIRIAM, EMMA P BRADLEY & NEWPORT HOSPITALS) |
| 7. ADJUNCT PROFESSOR | BOSTON COLLEGE LAW SCHOOL |
| 8. ADJUNCT PROFESSOR | BOSTON UNIVERSITY LAW SCHOOL |
| 9. DIRECTOR | HOSPITAL ASSOCIATIONS OF RHODE ISLAND (A NON-PROFIT CORPORATION) |
| 10. LIMITED PARTNER | POCASSET VILLAGE ASSOCIATES (REAL ESTATE LIMITED PARTNERSHIP) |
| 11. DIRECTOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 12. ADJUNCT PROFESSOR | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW |
| 13. EXECUTOR | ESTATE # 1 |
| 14. EXECUTOR | ESTATE # 2 |

Selya, Bruce M.

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

15. MEMBER                                           YDNIC, LLC (REAL ESTATE INVESTMENT SINGLE MEMBER LLC)

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓]    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | ROGER WILLIAMS UNIVERSITY SCHOOL OF LAW - ADJUNCT PROFESSOR | $25,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | BAR ASSOCIATION OF ERIE COUNTY, NEW YORK | APRIL 28-29 | BUFFALO, NY | LAW DAY | TRANSPORTATION, MEALS, LODGING & INCIDENTALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 2. FRIENDSHIP REALTY 40%, LINCOLN, RI APARTMENT BUILDING | D | Rent | N | W | | | | | |
| 3. MA INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 4. MAXCO, INC. COMMON STOCK | | None | J | T | | | | | |
| 5. MET LIFE COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. ORBIS INC 1.9% COMMON STOCK | | None | J | W | | | | | |
| 7. PHOENIX COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. POCASSET VILLAGE ASSOC 2.5%, CRANSTON, RI APARTMENT BUILDING | D | Rent | K | W | | | | | |
| 9. SELYA PROPERTIES 50%, PROVIDENCE, RI RESIDENTIAL CONDO | C | Rent | M | W | | | | | |
| 10. SILVER RESOURCES, INC COMMON STOCK | | None | J | W | | | | | |
| 11. WASHINGTON TRUST BANCORP | A | Dividend | J | T | | | | | |
| 12. YDNIC, LLC REAL ESTATE, PORTSMOUTH, NH $2,750,000 | C | Rent | P1 | R | Buy | 12/21/09 | P1 | | |
| 13. BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 14. BANK OF AMERICA CHECK\SAV ACCT PROV RI | B | Interest | N | T | | | | | |
| 15. BANK OF RHODE ISLAND CHECK\SAV PROV RI | A | Interest | J | T | | | | | |
| 16. CAMBRIDGE SAVINGS BANK SAVINGS ACCT CAMBRIDGE MA | A | Interest | L | T | | | | | |
| 17. RBS CITIZENS SAVINGS ACCT PROV RI | B | Interest | M | T | | | | | NAME CHANGE |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RBS CITIZENS IRA - SAVINGS CD | B | Interest | K | T | | | | | NAME CHANGE |
| 19. PHOENIX CHECKING WILMINGTON, DE | A | Interest | | | Closed | 03/12/09 | J | | |
| 20. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONEY MKT | A | Dividend | K | T | | | | | |
| 21. PROV FED POSTAL EMPLOYEES CU CHECK\SAV ACCT PROV RI | A | Interest | | | Closed | 01/01/09 | J | | |
| 22. BROKERAGE ACCOUNT # 3 | | | | | | | | | |
| 23. PHOENIX MUTUTAL LIFE INS CO CSV | | None | J | T | | | | | |
| 24. BROKERAGE ACCOUNT # 4 | | | | | | | | | |
| 25. BRISTOL COUNTY RI WATER MUNI BOND | B | Interest | K | T | | | | | |
| 26. BRISTOL WARREN RI REGIONAL SCHOOL DISTRICT MUNI BOND | B | Interest | | | Sold | 07/15/09 | K | A | |
| 27. MERRILL LYNCH CASH MNGMT ACCT. | C | Dividend | M | T | | | | | |
| 28. PAWTUCKET RI BOND MUNI BOND | C | Interest | L | T | | | | | |
| 29. PROVIDENCE RI PUBLIC BUILDINGS BOND MUNI BOND | A | Interest | K | T | Sold (part) | 12/15/09 | L | A | |
| 30. PUERTO RICO COMM PUB IMPROV BONDS MUNI BOND | B | Interest | K | T | | | | | |
| 31. PUERTO RICO ELECTRIC POWER BONDS MUNI BOND | A | Interest | K | T | | | | | |
| 32. RHODE ISLAND - PROVIDENCE MUNI BOND | D | Interest | | | Merged (with line 36) | | | | |
| 33. RHODE ISLAND DEPOSITORS BONDS MUNI BOND | C | Interest | L | T | | | | | |
| 34. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | D | Interest | M | T | Buy (add'l) | 12/01/09 | L | | |
| 36. RI PROV PLANTATIONS BOND MUNI BOND | D | Interest | N | T | | | | | |
| 37. RHODE ISLAND CLEAN WATER BOND MUNI BOND | C | Interest | L | T | Buy (add'l) | 09/17/09 | L | | |
| 38. WARWICK RI BOND MUNI BOND | A | Interest | K | T | | | | | |
| 39. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 40. BARRICK GOLD CORPORATION STOCK | A | Dividend | K | T | Buy | 01/01/09 | K | | |
| 41. DELL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. GLAXO SMITHKLINE PLC COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 44. NEWMONT MINING CORP. STOCK | A | Dividend | K | T | Buy | 01/01/09 | K | | |
| 45. NTN BUZZTIME INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 46. RHODE ISLAND HEALTH & EDUC BOND MUNI BOND | A | Interest | J | T | Merged (with line 34) | | | | |
| 47. SMITH BARNEY CASH FUND | A | Dividend | | | Closed | | | | |
| 48. VERIGY LTD COMMON STOCK | A | Dividend | J | T | | | | | |
| 49. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 50. BROKERAGE ACCOUNT # 5 | | | | | | | | | |
| 51. BANK OF AMERICA - INTEREST CHECKING | A | Interest | K | T | Open | 01/01/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ANADARKO PETRO CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 53. COLUMBIA TAX EXEMPT RESERVES CASH FUND | A | Dividend | L | T | | | | | |
| 54. IDEARC, INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 55. MA INVESTORS TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 56. MAXCO, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 57. ONEOK, INC. COMMON STOCK | B | Dividend | K | T | | | | | |
| 58. PERKINELMER INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 59. PINNACLE WEST COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. QWEST COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 61. SOUTH AMERICAN MINERALS COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. TEXTRON, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 63. UNION PAC CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 64. VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. WASHINGTON TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. FAIRPOINT COMMUNICATIONS INC. | A | Dividend | J | T | | | | | |
| 67. BROKERAGE ACCOUNT # 6 | | | | | | | | | |
| 68. 3M CORP. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 11/17/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,000 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Typ (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/d /yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ABBOTT LABS COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 08/12/09 | K | | |
| 70. AFLACK, INC. COMMON STOCK | A | Dividend | K | T | Buy | 8/12/09 | K | | |
| 71. AIR PRODUCTS & CHEMICALS, INC. COMMON STOCK | A | Dividend | K | T | Buy | 12/18/09 | K | | |
| 72. ALLSTATE CORP. COMMON STOCK | A | Dividend | K | .T | Buy | 12/03/09 | K | | |
| 73. AMERIPRISE FINANCIAL, INC. COMMON STOCK | A | Dividend | K | T | Buy | 07/15/09 | K | | |
| 74. AMGEN INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 12/28/09 | K | | |
| 75. ANALOG DEVICES, INC. COMMON STOCK | B | Dividend | L | T | Buy | 09/02/09 | L | | |
| 76. AOL, INC. COMMON STOCK | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 77. | | | | | Sold (part) | 12/29/09 | J | A | |
| 78. APACHE CORP COMMON STOCK | A | Dividend | L | T | Buy (add'l) | 12/23/09 | K | | |
| 79. ARIZONA BRD REGENTS 5% MUNICIPAL BOND | D | Interest | M | T | Buy | 04/29/09 | M | | |
| 80. AT&T INC COMMON STOCK | C | Dividend | K | T | Buy (add'l) | 05/18/09 | K | | |
| 81. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 10/30/09 | K | | |
| 82. BANK OF AMERICA COMMON STOCK | A | Dividend | | | Sold | 12/16/09 | J | A | |
| 83. BNY MELLON MONEY MARKET CASH FUND | B | Interest | P1 | T | | | | | NAME CHANGE |
| 84. BNY MELLON NTL INTER MUNI BONDS | C | Interest | M | T | | | | | |
| 85. BNY MELLON MID CAP STK FND | B | Dividend | | | Sold | 12/23/09 | K | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BNY MELLON INTERNATIONAL FD CL | B | Dividend | | | Sold | 12/28/09 | K | A | |
| 87. CANON, INC. COMMON STOCK | A | Dividend | K | T | Buy | 09/15/09 | K | | |
| 88. CARDINAL HEALTH, INC. COMMON STOCK | A | Dividend | K | T | Buy | 09/08/09 | K | | |
| 89. CHEVRON CORPORATION COMMON STOCK | B | Dividend | K | T | Buy | 07/31/09 | K | | |
| 90. CHUBB CORP. COMMON STOCK. | A | Dividend | K | T | Buy | 05/20/09 | K | | |
| 91. CISCO SYS INC. COMMON STOCK | A | Dividend | L | T | Buy (add'l) | 12/18/09 | L | | |
| 92. CONOCOPHILLIPS COMMON STOCK | B | Dividend | K | T | Buy | 05/19/09 | K | | |
| 93. DISTRICT COLUMBIA DTD 5/21/08 MUNICPAL BOND | A | Interest | M | T | Buy | 04/14/09 | M | | |
| 94. DISCOVER FINANCIAL SERVICES COMMON STOCK | A | Dividend | | | Sold | 03/20/09 | J | A | |
| 95. DONNELLEY R R & SONS CO. COMMON STOCK | B | Dividend | K | T | Buy | 06/18/09 | K | | |
| 96. DUPONT AND COMPANY COMMON STOCK | A | Dividend | K | T | Buy | 07/30/09 | K | | |
| 97. EATON CORP. COMMON STOCK | A | Dividend | K | T | Buy | 09/16/09 | K | | |
| 98. EMERSON ELECTRIC CO. COMMON STOCK | A | Dividend | K | T | Buy | 10/08/09 | K | | |
| 99. EXELON CORP COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 05/19/09 | K | | |
| 100. EXXON MOBIL CORP. COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 10/07/09 | L | | |
| 101. GENERAL ELECTRIC CO. COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 05/20/09 | K | | |
| 102. GOLDMAN SACHS GROUP, INC. COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HARRIS CORPORATION COMMON STOCK | A | Dividend | K | T | Buy | 09/03/09 | K | | |
| 104. HEALTH CARE REIT, INC. COMMON STOCK | B | Dividend | K | T | Buy | 08/28/09 | K | | |
| 105. HOME DEPOT, INC. COMMON STOCK | B | Dividend | L | T | Buy | 05/26/09 | L | | |
| 106. HONEYWELL INTL INC COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 05/29/09 | K | | |
| 107. HOSPIRIA INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 108. HUDSON CITY BANCORP, INC. COMMON STOCK | A | Dividend | K | T | Buy | 07/31/09 | K | | |
| 109. INTEL CORP COMMON STOCK | B | Dividend | L | T | Buy (add'l) | 08/10/09 | K | | |
| 110. ISAHRES S&P SMALL CAP COMMON STOCK | A | Dividend | | | Sold | 03/23/09 | J | A | |
| 111. JOHNSON & JOHNSON COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 09/08/09 | K | | |
| 112. KELLOGG CO. COMMON STOCK | A | Dividend | K | T | Buy | 12/22/09 | K | | |
| 113. KRAFT FOODS, INC. COMMON STOCK | B | Dividend | K | T | Buy | 10/05/09 | K | | |
| 114. LEGGETT & PLATT, INC. COMMON STOCK | B | Dividend | K | T | Buy | 08/20/09 | K | | |
| 115. LIMITED BRANDS, INC. COMMON STOCK | A | Dividend | K | T | Buy | 10/06/09 | K | | |
| 116. LORILLARD, INC. COMMON STOCK | B | Dividend | K | T | Buy | 08/20/09 | K | | |
| 117. LUZERNE CNTY PA DTD 12/14/06 MUNICIPAL BOND | A | Interest | M | T | Buy | 04/17/09 | M | | |
| 118. MARSH & MCLENNAN COS, INC. COMMON STOCK | A | Dividend | K | T | Buy | 10/07/09 | K | | |
| 119. MCDONALD'S CORPORATION COMMON STOCK | A | Dividend | K | T | Buy | 08/25/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MCGRAW HILL COMPANIES, INC. COMMON STOCK | A | Dividend | K | T | Buy | 09/28/09 | K | | |
| 121. MEDTRONIC INC COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 10/14/09 | K | | |
| 122. MERCK & CO., INC. COMMON STOCK | C | Dividend | L | T | Buy | 05/20/09 | L | | |
| 123. MICROCHIP TECHNOLOGY, INC. COMMON STOCK | B | Dividend | L | T | Buy | 08/21/09 | K | | |
| 124. MICROSOFT CORPORATION COMMON STOCK | A | Dividend | K | T | Buy | 05/22/09 | K | | |
| 125. NEW HAMPSHIRE HEALTH & ED DTD 3/12/02 MUNICIPAL BOND | B | Interest | M | T | Buy | 04/16/09 | M | | |
| 126. NEWS CORP INC. COMMON STOCK | A | Dividend | | | Sold | 11/11/09 | J | A | |
| 127. NINTENDO OF AMERICA LTD. COMMON STOCK | A | Dividend | K | T | Buy | 09/03/09 | K | | |
| 128. NOKIA CORP. COMMON STOCK | A | Dividend | J | T | Buy | 05/22/09 | J | | |
| 129. NORFOLF SOUTHERN CORPORATION COMMON STOCK | A | Dividend | K | T | Buy | 11/05/09 | K | | |
| 130. NOVARTIS AG COMMON STOCK | B | Dividend | K | T | Buy | 09/22/09 | K | | |
| 131. OCCIDENTAL PETROLEUM CORP. COMMON STOCK | A | Dividend | K | T | Buy | 05/26/09 | K | | |
| 132. OLIN CORP. COMMON STOCK | A | Dividend | K | T | Buy | 09/15/09 | K | | |
| 133. OMNICOM GROUP INC. COMMON STOCK | A | Dividend | | | Sold | 11/12/09 | J | A | |
| 134. ORACLE CORP. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 12/21/09 | K | | |
| 135. PEPSICO INC. COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 10/21/09 | K | | |
| 136. PFIZER, INC. COMMON STOCK | C | Dividend | L | T | Buy | 05/29/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PHILIP MORRIS INTERNATIONAL, INC. COMMON STOCK | B | Dividend | K | T | Buy | 05/22/09 | K | | |
| 138. PLUM CREEK TIMBER CO., INC. COMMON STOCK | A | Dividend | K | T | Buy | 08/20/09 | K | | |
| 139. PRAXIR INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 140. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | | | | | |
| 141. QUALCOMM, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 142. RAYTHEON CO. COMMON STOCK | A | Dividend | K | T | Buy | 10/26/09 | K | | |
| 143. RI CLEAN WATER MUNICIPAL BOND | B | Interest | L | T | Buy | 09/16/09 | L | | |
| 144. RI ST & PROV PLANTATIONS MUNICIPAL BOND | B | Interest | L | T | Buy | 06/17/09 | K | | |
| 145. RI HEALTH & ED BLDG MUNI BOND | D | Interest | M | T | Buy (add'l) | 08/21/09 | M | | |
| 146. ROHM & HAAS COMMON STOCK | G | Dividend | | | Sold | 04/01/09 | P2 | H2 | |
| 147. SANOFI SYNTHELABO SPON ADR COMMON STOCK | A | Dividend | | | Sold | 12/21/09 | J | A | |
| 148. SCHERING PLOUGH CORP. COMMON STOCK | A | Dividend | | | Sold | 11/03/09 | J | A | |
| 149. SCHLUMBERGER, LTD. COMMON STOCK | A | Dividend | J | T | | | | | |
| 150. SEMPRA ENERGY COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 10/07/09 | K | | |
| 151. SHELBY CNTY TENN DTD 11/30/06 MUNICIPAL BOND | A | Interest | M | T | Buy | 04/20/09 | M | | |
| 152. SIMON PROPERTY GROUP, INC. REIT COMMON STOCK | A | Dividend | K | T | Buy | 08/28/09 | K | | |
| 153. SOUTH CAROLINA ST PUB DTD 11/5/09 MUNICIPAL BOND | B | Interest | L | T | Buy | 10/26/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. TAIWAN SEMICONDUCTOR MFG CO., LTD. COMMON STOCK | A | Dividend | J | T | Buy | 07/30/09 | J | | |
| 155. THERMO FISHER SCIENTIFIC INC. COMMON STOCK | A | Dividend | | | Sold | 12/22/09 | J | A | |
| 156. THE PROCTER & GAMBLE CO. COMMON STOCK | B | Dividend | K | T | Buy (add'l) | 05/19/09 | K | | NAME CHANGE |
| 157. THE TRAVELERS COMPANIES, INC. COMMON STOCK | A | Dividend | K | T | Buy | 09/18/09 | K | | |
| 158. THE WALT DISNEY CO. COMMON STOCK | A | Dividend | L | T | Buy (add'l) | 12/18/09 | L | | NAME CHANGE |
| 159. TIME WARNER, INC. COMMON STOCK | A | Dividend | K | T | Buy | 07/30/09 | K | | |
| 160. TOTAL S.A. ADR COMMON STOCK | B | Dividend | K | T | Buy | 09/17/09 | K | | |
| 161. UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 11/17/09 | K | | |
| 162. VALE SA COMMON STOCK FORMERLY COMPANHIA VALE DEL RIO DOCE | A | Dividend | J | T | | | | | NAME CHANGE |
| 163. VALERO ENERGY CORP. COMMON STOCK | A | Dividend | K | T | Buy | 10/21/09 | K | | |
| 164. WALMART STORES, INC. COMMON STOCK | A | Dividend | | | Sold | 09/21/09 | J | A | |
| 165. WALGREEN CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 166. WASHINGTON ST DTD 7/8/09 5% MUNICIPAL BOND | B | Interest | L | T | Buy | 10/05/09 | L | | |
| 167. WELLS FARGO & CO INC. COMMON STOCK | A | Dividend | | | Sold | 12/18/09 | J | A | |
| 168. WESTERLY RJ DTD 8/1/01 5% MUNICIPAL BOND | B | Interest | L | T | Buy | 07/21/09 | L | | |
| 169. WHIRLPOOL CORP. COMMON STOCK | A | Dividend | K | T | Buy | 09/02/09 | K | | |
| 170. WILLIAMS COS, INC. COMMON STOCK | A | Dividend | K | T | Buy | 08/25/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. WINDSTREAM CORP. COMMON STOCK | C | Dividend | K | T | Buy | 05/29/09 | K | | |
| 172. XL CAPITAL LTD. CLASS A COMMON STOCK | A | Dividend | K | T | Buy | 11/09/09 | K | | |
| 173. XEROX CORP. COMMON STOCK | A | Dividend | K | T | Buy | 10/19/09 | K | | |
| 174. XILINX, INC. COMMON STOCK | A | Dividend | K | T | Buy | 09/18/09 | K | | |
| 175. YUM! BRANDS, INC. COMMON STOCK | A | Dividend | K | T | Buy | 10/21/09 | K | | |
| 176. ZURICH FINL SVCS ADR COMMON STOCK | A | Dividend | K | T | Buy | 12/28/09 | K | | |
| 177. BROKERAGE ACCOUNT # 7 | | | | | | | | | |
| 178. COLUMBIA MUNICIPAL RESERVES CASH | A | Interest | N | T | | | | | |
| 179. RHODE ISLAND HSG & MTG FIN CORP. MUNI BONDS | B | Interest | L | T | | | | | |
| 180. RHODE ISLAND ST & PROVIDENCE PLANTATION MUNI BONDS | D | Interest | | | Sold | 08/03/09 | N | A | |
| 181. SMITHFIELD RI GO BDS SER. 2003 MUNI BONDS | B | Interest | L | T | | | | | |
| 182. BROKERAGE ACCOUNT # 8 | | | | | | | | | |
| 183. ESTATE # 1 - CMA MONEY FUND | C | Dividend | O | T | | | | | |
| 184. ESTATE # 2 - CONDO HOLLYWOOD, FL | | None | | | Sold | 10/06/09 | L | A | |
| 185. ESTATE # 2 - CMA MONEY FUND | B | Dividend | N | T | | | | | |
| 186. BROKERAGE ACCOUNT # 9 | | | | | | | | | |
| 187. BANK OF AMERICA CORP. COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. GOLDCORP, INC. COMMON STOCK | A | Dividend | K | T | Buy (add'l) | 11/24/09 | J | | |
| 189. ML BANK DEPOSIT PROGRAM | A | Dividend | J | T | Buy | 01/01/09 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES ( ̄O CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544